IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABC ROOFING,                                    No. C-04-0342 CW

    Plaintiff,                              ORDER RE SERVICE

v.

DIANE LYNN DAVIS, et al.,

    Defendants.
_____/

The above-captioned complaint was filed on January 26, 2004, and a Case Management Conference was set for May 28, 2004. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint must be made upon a defendant within 120 days after the filing of the complaint. To date, the docket does not reflect that the summons and complaint have been served. Accordingly,

IT IS HEREBY ORDERED that the Plaintiff shall file by June 4, 2004, a motion pursuant to Civil Local Rule 6-3 to extend the time to serve defendants and to continue the Case Management Conference. Failure to file the motion will result in dismissal of this case for failure to prosecute.

Dated: 6/1/04

/s/ CLAUDIA WILKEN
_____
CLAUDIA WILKEN
United States District Judge